IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL DEPIANO,<br><br>        Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY JAIL,<br><br>        Defendant. | Civil Action<br>No. 16-6140 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Michael DePiano seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    According to the submitted application, Plaintiff earns $30,000 per month. After taking the listed monthly expenses into consideration, Plaintiff can afford the $350 filing fee and $50 administrative fee. The Court will therefore deny the IFP application.

    An appropriate order follows.

**October 19, 2016**           **s/ Jerome B. Simandle**
Date                                  JEROME B. SIMANDLE
                                           Chief U.S. District Judge